**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2140**

DAVID R. RUBY,

        Plaintiff - Appellee,

    v.

HELEN E. RYAN, MYKAL S. RYAN,

        Defendants – Appellants,

    and

JUDY ROBBINS, U.S. TRUSTEE,

        Trustee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, District Judge.  (4:14-cv-00108-MSD-TEM)

Submitted: February 25, 2015      Decided:  March 3, 2015

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Helen E. Ryan, Mykal S. Ryan, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Helen E. Ryan and Mykal S. Ryan seek to appeal the district court's order directing them to show cause why their appeal from the bankruptcy court's orders should not be dismissed for failure to prosecute. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order the Ryans seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED